**LAW OFFICES OF GIHAN THOMAS**
**A Professional Corporation**
**Gihan L. Thomas (SBN 198612)**
**Certified Specialist, Immigration and Nationality Law**
**State Bar of California, Board of Legal Specialization**
**930 Colorado Blvd, Unit #2**
**Los Angeles, CA 90041**
**Telephone      (310) 203-2242**
**Facsimile      (310) 203-2287**

**Attorney For Plaintiff(s)**

## UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

MAHA ABDELWAHAB A. A. MORTAGY
MAGED KAMAL MOHAMED BARBARY

Case No.:      8:25-cv-1644

                    Plaintiff,

v.s.

UNITED STATES DEPARTMENT OF
HOMELAND SECURITY; UNITED
STATES CITIZENSHIP AND
IMMIGRATION SERVICES; LOS
ANGELES ASYLUM OFFICE; DAVID
RADEL; KRISTI NOEM; UR M. JADDOU;
TED H. KIM; MATTHEW D. EMRICH;
AND DOES 1-10,

                    Defendants,

**COMPLAINT FOR:**

**1)      DECLARATORY AND**
**         INJUNCTIVE RELIEF**
**2)      WRIT IN THE NATURE OF**

By and through her undersigned counsel, Plaintiffs; MAHA ABDELWAHAB ALI ABDELWAHAB MORTAGY, and MAGED KAMAL MOHAMED BARBARY ("Plaintiff(s)") brings this action, individually or derivatively on behalf of MAHA ABDELWAHAB ALI ABDELWAHAB MORTAGY.

1

## **INTRODUCTION**

1. This action is brought by Plaintiff(s) Maha Abdelwahab Ali Abdelwahab Mortagy and her derivative spouse Maged Kamal Mohamed Barbary, by and through their attorney, to request issuance of a writ of mandamus or in the nature of mandamus and/or to compel under the Administrative Procedure Act ("APA") ordering Defendants and those acting under them to process an Application for Asylum and for Withholding of Removal which was received and pending as of May 07, 2020 and which has still not been called for an interview.

2. On November 23, 2019, Plaintiff(s) Maha Abdelwahab Ali Abdelwahab Mortagy and her derivative spouse Maged Kamal Mohamed Barbary came to the United States on non-immigrant visa and have stayed in the US ever since. On April 21, 2020, Plaintiff(s) submitted an I-589 Application for Asylum and Withholding of Removal to the USCIS. *See* **(Exhibit A: I-589 Application for Asylum and Withholding of Removal; Exhibit B: I-589 Receipt Notice).** Plaintiff(s) Maha Abdelwahab Ali Abdelwahab Mortagy and her derivative spouse Maged Kamal Mohamed Barbary sought asylum in the United States of America based on her past persecution as a victim of FGM (Female Genital Mutilation) in Egypt.

3. After submitting their application for asylum, Defendant USCIS instructed Plaintiff(s) Maha Abdelwahab Ali Abdelwahab Mortagy and her derivative spouse Maged Kamal Mohamed Barbary to present themselves for biometric inspection at a designated USCIS Application Support Center on November 20, 2020. *See* **(EXHIBIT C: I-797 Notice of Action-Fingerprint Notifications).** Plaintiff(s) Maha Abdelwahab Ali Abdelwahab Mortagy and her derivative spouse Maged Kamal Mohamed Barbary did appear at the designated Application Support Center on November 20, 2020 and provided their biometric information.

4. After Plaintiff(s) provided thier biometrics information, the Los Angeles Asylum Office approved Plaintiffs' standby request on June 04, 2021 and added him to the Los Angeles Asylum Standby List.

5. After Plaintiff(s) were added to the Standby List, neither Defendant USCIS nor Asylum Office nor any of the other named Defendants communicated with Plaintiff(s) about the exact date their asylum interview would be scheduled. The Plaintiff(s) have been waiting over 5 years for their interview date at this point. Plaintiff(s) have no way of knowing how much longer they will have to wait in order to testify in support of their application for asylum. Plaintiff(s) Maha Abdelwahab Ali Abdelwahab Mortagy and her derivative spouse Maged Kamal Mohamed Barbary are unable to plan for their future and are forced to endure the constant uncertainty of the possibility their application will be denied and referred to The Executive Office for Immigration Review (EOIR).

6. Defendants have violated the Administrative Procedures Act ("APA") by failing to schedule Plaintiff's asylum application for an interview which has been pending now for over 5 years. Plaintiff(s) seek to compel Defendants, through a writ of mandamus, to schedule an interview for the pending asylum application.

**PARTIES**

7. Plaintiff(s) Maha Abdelwahab Ali Abdelwahab Mortagy and her derivative spouse Maged Kamal Mohamed Barbary are citizens of Egypt. Plaintiff(s) Maha Abdelwahab Ali Abdelwahab Mortagy and her derivative spouse Maged Kamal Mohamed Barbary came to the United States on non-immigrant visa on November 23, 2019. Plaintiff(s) filed their I-589 Application for Asylum and Withholding of Removal on April 21, 2020.

8.  Defendant UNITED STATES DEPARTMENT OF HOMELAND SECURITY (hereinafter "DHS") is an agency of the United States government involved in the acts challenged, employs the officers named as defendants, and includes the U.S. Citizenship and Immigration Services and Los Angeles Asylum office and officers named as defendants in this complaint.

9.  Defendant UNITED STATES CITIZENSHIP AND IMMIGRATION SERVICES (hereinafter "USCIS") is an agency of the United States government under DHS, overseeing the Los Angeles Asylum Office and officers named as defendants in this Complaint.

10. Defendant LOS ANGELES ASYLUM OFFICE (hereinafter "Los Angeles Asylum Office") is an office within USCIS and the federal agency with direct authority and responsibility to adjudicate Plaintiff's asylum application.

11. Defendant DAVID RADEL (hereinafter "Director Radel") is the director of the Los Angeles Asylum Office. This suit is brought against Director Radel in his official capacity, as he is charged with overseeing the adjudication of the asylum applications at the Los Angeles Asylum Office in a timely manner, and ensuring the efficiency of the officers employed.

12. Defendant KRISTI NOEM (hereinafter "Secretary Noem") is the Secretary of the Department of Homeland Security. This suit is brought against Secretary Noem in her official capacity, as she is charged with the administration and enforcement of all immigration and citizenship laws that are bound in the powers, duties, and functions of the Department of Homeland Security.

13. Defendant UR M. JADDOU (hereinafter "Director Jaddou") is the Director of USCIS, the Agency charged with adjudicating Plaintiff'(s) asylum application. This suit is brought against Director Jaddou in her official capacity, as she is charged with oversight, administration, and execution of immigration laws of the United States.

14. Defendant TED H. KIM (hereinafter "Associate Director KIM") is the Associate Director of Refugee, Asylum, and International Operations. This suit is brought against Associate Director Kim in his official capacity, as he is charged with supervision over all asylum offices, including the Los Angeles Asylum Office, and it requires some applications to be forwarded to headquarters before final adjudication, and may, upon information and belief, have ordered that Plaintiff's case be forwarded to his office for its review.

15. Defendant MATTHEW D. EMRICH (hereinafter "Associate Director Emrich") is the Associate Director of USCIS Fraud Detection and National Security Directorate. This suit is brought against Associate Director Emrich in his official capacity, as he supervises all USCIS staff who review asylum applications to ensure that immigration benefits are not granted to individuals who pose a threat to national security or public safety, or who seek to defraud the immigration system. Certain applications must be reviewed by the Fraud Detection and National Security Directorate before their final adjudication. Upon information and belief, USCIS has not adjudicated the Plaintiffs' asylum application because the Fraud Detection and National Security Directorate has never completed its review.

## JURISDICTION

16. The Administrative Procedure Act recognizes a right of judicial review for any person "suffering legal wrong because of an agency action or aggrieved or adversely affected by such action within the meaning of any relevant statutes." 5 U.S.C. § 702. Plaintiff(s) suffered a legal wrong and continue to suffer because of the Defendants' failure to act upon the pending Asylum application for indefinite periods of time.

17. The Court has jurisdiction over the present action pursuant to 8 C.F.R, § 204, Immigration & Nationality Act § 203 (b)(1)(C); 28 U.S.C. § 1131, 28 U.S.C. § 136, the Mandamus Act; 28 U.S.C §2201, the Declaratory Judgement Act; and 5 U.S.C. §701-706, the Administrative Procedures Act. Costs and attorney fees will be sought pursuant to the Equal Access to Justice Act, 5 U.S.C. §504 and 28 U.S.C. §2412(d), et seq. Relief is requested pursuant to said statutes.

18. The APA also provides pursuant to 5 U.S.C. § 706(1) that courts "shall compel agency action unlawfully withheld." Courts have held that this provision eliminates court discretion to grant relief once an agency has violated a statutory deadline. *See Biodiversity Legal Foundation v. Badgley,* 309 F.3d 1166, 1178 (9th Cir. 2002) (noting that when "Congress has specifically provided a deadline for performance, no balancing of factors is required or permitted."

## VENUE

19. Venue is proper in this Court, pursuant to 28 U.S.C. § 1391(e), which provides that in a civil action in which each defendant is an officer or employee of the United States or any agency thereof acting in his or her official capacity, or under the color of legal authority, or any agency of the United States, the action may be brought in any judicial district in which a

plaintiff resides, so long as no real property is involved in the action. Plaintiff(s) resides in Huntington Beach, California, which is located in the Central District of California. No real property is involved in this action. Therefore, venue is proper in this Court.

## EXHAUSTION OF REMEDIES

20. Plaintiff(s) have no administrative remedies. Since Plaintiff(s) Maha Abdelwahab Ali Abdelwahab Mortagy and her derivative spouse Maged Kamal Mohamed Barbary received their notification to process their biometric information, they received no clear correspondence or communication from Defendant USCIS nor Asylum Office about how much longer they will have to wait for the pending asylum application to be called for an interview. Plaintiff(s) have been waiting over 5 years at this point to have their asylum claim heard at the Los Angeles Asylum Office. There are no administrative remedies for neglect of duty.

## CAUSE OF ACTION

21. Pursuant to 8 U.S.C §1158, Plaintiff(s) Maha Abdelwahab Ali Abdelwahab Mortagy and her derivative spouse Maged Kamal Mohamed Barbary filed an application for Asylum and Withholding of Removal on April 21, 2020.

22. Since filing their Application, Plaintiff(s) Maha Abdelwahab Ali Abdelwahab Mortagy and her derivative spouse Maged Kamal Mohamed Barbary have not received any concrete indication from the Defendant Los Angeles Asylum Office nor USCIS of the date their Asylum interview will be scheduled. Plaintiff(s) Maha Abdelwahab Ali Abdelwahab

Mortagy and her derivative spouse Maged Kamal Mohamed Barbary, therefore, have no way of knowing how much longer the scheduling process will take.

23. Under 28 U.S.C. § 1361, the district courts shall have original jurisdiction of any action in the nature of a mandamus to compel an officer or employee of the United States or any agency thereof to perform a duty owed to the plaintiff.

24. Under the Administrative Procedures Act, a person suffering legal wrong because of agency action, or adversely affected or aggrieved by agency action within the meaning of a relevant statute, is entitled to judicial review thereof.

25. Defendants have a statutory duty to adjudicate asylum requests within 180 days of filing pursuant to 8 U.S.C. § 1158 (d)(5)(A)(iii). It has been over 5 years since Plaintiff(s) Maha Abdelwahab Ali Abdelwahab Mortagy and her derivative spouse Maged Kamal Mohamed Barbary applied for Asylum. Plaintiff(s) have yet to receive an interview date for their case.

26. Plaintiff(s) have no adequate remedy at law, and will continue to suffer irreparable harm if the asylum application is not promptly scheduled.

27. Pursuant to 28 U.S.C. § 1361, this Court has "original jurisdiction in the nature of the mandamus to compel an officer or employee of the United States or any agency thereof to perform a duty owed to the [Plaintiffs.]"

28. Pursuant to 28 U.S.C. § 1651, this Court may issue any and all "writs necessary or appropriate in aid of [the Court's] respective jurisdiction and agreeable to the usages and principles of law."

## CLAIM FOR RELIEF

29. Plaintiffs' claim in this action is clear and certain. Plaintiff(s) realleges paragraphs 1 through 28, and, as if fully set forth, Plaintiff(s) is entitled to an order in the nature of mandamus to compel Defendants to complete administrative processing and schedule an interview for the pending Asylum application.

30. As a result of the Defendants' failure to adequately perform their duties, Plaintiff(s) have suffered, are suffering, and will continue to suffer irreparable harm. Specifically:

   a. Plaintiff(s) have been irreparably damaged from the fear of not knowing or ability to prepare for their future concerning what will happen with their asylum case for over 5 years. Plaintiff(s) Maha Abdelwahab Ali Abdelwahab Mortagy and her derivative spouse Maged Kamal Mohamed Barbary have been constantly hoping to have the case scheduled for an interview so their case could then be adjudicated and he and his family can progress with their lives. Due to the abnormally long wait and lack of certainty surrounding when their asylum case will be heard, Plaintiff and his derivative spouse are enduring significant psychological trauma.

   b. The delay is causing irreparable harm to Plaintiff(s) who are not able to progress with their lives in the United States without fear of being forced to return to Egypt, a country where she was persecuted as a victim of FGM (Female Genital Mutilation).

31. The Defendants, in violation of the Administrative Procedure Act, are unlawfully withholding or unreasonably delaying action on Plaintiff(s) Maha Abdelwahab Ali Abdelwahab Mortagy and her derivative spouse Maged Kamal Mohamed Barbary's application and have failed to carry out the non-discretionary adjudicative functions delegated to them by law with regard to their case.

9

32. The duty of the Defendants is non-discretionary, ministerial, and so plainly described as to be free from doubt that mandamus is appropriate in this matter.

33. Plaintiff(s) Maha Abdelwahab Ali Abdelwahab Mortagy and her derivative spouse Maged Kamal Mohamed Barbary have attempted to learn about the status of their pending Asylum and Withholding of Removal application, all to no avail. Only the Los Angeles Asylum Office can make decisions on scheduling an asylum interview, leaving no adequate remedy. Accordingly, Plaintiff(s) have been forced to pursue the instant action.

## **PRAYER**

34. WHEREFORE, in view of the arguments and authorities noted herein, Plaintiff(s) respectfully pray that the Defendants be cited to appear herein and that, upon due consideration, the Court:

   a. Accept jurisdiction and maintain continuing jurisdiction in this action;

   b. Declare as unlawful the violation by Defendants of failing to act on a properly filed Asylum and Withholding of Removal application;

   c. Declare Defendants' failure to carry out the adjudicative functions delegated to them by law with regard to Plaintiff's case as agency action unlawfully withheld and unreasonably delayed, pursuant to 5 U.S.C. § 706(1);

   d. Issue a preliminary and permanent injunction pursuant to 28 U.S.C. § 1361 and 5 U.S.C. § 706(1) compelling the Defendants to take action on Plaintiff(s) Maha Abdelwahab Ali Abdelwahab Mortagy and her derivative spouse Maged Kamal Mohamed Barbary asylum application by scheduling an asylum interview and then timely adjudicating the case subsequent to the interview;

e.  Issue a writ in the nature of mandamus pursuant to 28 U.S.C. § 1361 and 5 U.S.C. § 706(1), compelling the Defendants to take action on Plaintiff(s) Maha Abdelwahab Ali Abdelwahab Mortagy and her derivative spouse Maged Kamal Mohamed Barbary' Withholding of Removal Application by scheduling an interview and then timely adjudicating the case subsequent to the interview;

f.  Grant attorney's fees and costs of this suit under the Equal Access to Justice Act, 28 U.S.C. § 2412;

g.  Grant such relief at law and in equity as justice may require.


Dated: July 28, 2025

Respectfully Submitted,

//s//, GIHAN L. THOMAS
_____
Gihan L. Thomas
Certified Specialist, Immigration and Nationality Law
State Bar of California, Board of Legal Specialization

**LIST OF EXHIBITS TO COMPLAINT FOR DECLARATORY AND INJUNCTIVE RELIEF AND FOR A WRIT IN THE NATURE OF IMMIGRATION MANDAMUS MAHA ABDELWAHAB ALI ABDELWAHAB MORTAGY ET AL. V. UNITED STATES DEPARTMENT OF HOMELAND SECURITY ET AL.**

**EXHIBIT**                                                                                          **PAGES**

**A.** I-589 Application for Asylum and Declaration.............................................................. 1

**B.** I-589 Asylum Receipt Notice........................................................................................15

**C.** I-797 Notice of Action- Fingerprint Notifications of Plaintiffs...................................16

**D.** Standby List Request approved by the Los Angeles Asylum Office..........................18

Exhibit A

Department of Homeland Security
U.S. Citizenship and Immigration Services

U.S. Department of Justice
Executive Office for Immigration Review

OMB No. 1615-0067; Expires 09/30/2022

# I-589, Application for Asylum and for Withholding of Removal

**START HERE - Type or print in black ink. See the instructions for information about eligibility and how to complete and file this application. There is no filing fee for this application.**

**NOTE:** ☒ Check this box if you also want to apply for withholding of removal under the Convention Against Torture.

## Part A.I. Information About You

| 1. Alien Registration Number(s) (A-Number) *(if any)* | 2. U.S. Social Security Number *(if any)* | 3. USCIS Online Account Number *(if any)* |
|---|---|---|
| N/A | None | None |

| 4. Complete Last Name | 5. First Name | 6. Middle Name |
|---|---|---|
| MORTAGY | Maha | Abdelwahab Ali A. |

**7.** What other names have you used *(include maiden name and aliases)?*
None

**8.** Residence in the U.S. *(where you physically reside)*

| Street Number and Name | | Apt. Number |
|---|---|---|
| 8792 Salmon Ave. | | None |

| City | State | Zip Code | Telephone Number |
|---|---|---|---|
| Fountain Valley | CA | 92708 | (714)837-1882 |

**9.** Mailing Address in the U.S. *(if different than the address in Item Number 8)*

| In Care Of *(if applicable):* | Telephone Number |
|---|---|
| Same as above | N/A |

| Street Number and Name | | Apt. Number |
|---|---|---|
| N/A | | N/A |

| City | State | Zip Code |
|---|---|---|
| N/A | N/A | N/A |

| 10. Gender: ☐ Male ☒ Female | 11. Marital Status: ☐ Single ☒ Married ☐ Divorced ☐ Widowed |
|---|---|

| 12. Date of Birth *(mm/dd/yyyy)* | 13. City and Country of Birth | |
|---|---|---|
| 08/09/1979 | Taif | Saudi Arabia |

| 14. Present Nationality *(Citizenship)* | 15. Nationality at Birth | 16. Race, Ethnic, or Tribal Group | 17. Religion |
|---|---|---|---|
| Egyptian | Egyptian | White | Muslim |

**18.** Check the box, a through c, that applies: **a.** ☒ I have never been in Immigration Court proceedings.

**b.** ☐ I am now in Immigration Court proceedings. **c.** ☐ I am **not** now in Immigration Court proceedings, but I have been in the past.

**19.** Complete 19 a through c.

**a.** When did you last leave your country? *(mmm/dd/yyyy)* 11/22/2019 **b.** What is your current I-94 Number, if any? 351238562A2

**c.** List each entry into the U.S. beginning with your most recent entry. *List date (mm/dd/yyyy), place, and your status for each entry. (Attach additional sheets as needed.)*

| Date | 11/23/2019 | Place | Los Angeles, CA | Status | B2 | Date Status Expires | 05/22/2020 |
|---|---|---|---|---|---|---|---|
| Date | N/A | Place | N/A | Status | N/A | | |
| Date | N/A | Place | N/A | Status | N/A | | |

| 20. What country issued your last passport or travel document? | 21. Passport Number   A 22801554 | 22. Expiration Date *(mm/dd/yyyy)* |
|---|---|---|
| Egypt | Travel Document Number | 06/04/2025 |

| 23. What is your native language *(include dialect, if applicable)?* | 24. Are you fluent in English? ☐ Yes ☒ No | 25. What other languages do you speak fluently? |
|---|---|---|
| Arabic | | None |

| For EOIR use only. | For USCIS use only. | Action: Interview Date: _____ Asylum Officer ID No.: _____ | Decision: Approval Date: _____ Denial Date: _____ Referral Date: _____ |
|---|---|---|---|

**1**

Form I-589 (Rev. 09/10/19) N

## Part A.II. Information About Your Spouse and Children

**Your spouse**   ☐ I am not married. (Skip to **Your Children** below.)

| 1. Alien Registration Number (A-Number) *(if any)*<br>None | 2. Passport/ID Card Number *(if any)*<br>A 16413935 | 3. Date of Birth *(mm/dd/yyyy)*<br>04/09/1975 | 4. U.S. Social Security Number *(if any)*<br>None |
|---|---|---|---|
| 5. Complete Last Name<br>Barbary | 6. First Name<br>Maged | 7. Middle Name<br>Kamal Mohamed | 8. Other names used *(include maiden name and aliases)*<br>None |

| 9. Date of Marriage *(mm/dd/yyyy)*<br>111/18/2019 | 10. Place of Marriage<br>Elgamalia, Egypt | 11. City and Country of Birth<br>Ben Ghazi        Libya |
|---|---|---|

| 12. Nationality *(Citizenship)*<br>Egyptian | 13. Race, Ethnic, or Tribal Group<br>White | 14. Gender<br>☒ Male    ☐ Female |
|---|---|---|

**15.** Is this person in the U.S.?

☒ Yes *(Complete Blocks 16 to 24.)*   ☐ No *(Specify location):*   N/A

| 16. Place of last entry into the U.S.<br>Los Angeles, CA | 17. Date of last entry into the U.S. *(mm/dd/yyyy)*<br>11/23/2019 | 18. I-94 Number *(if any)*<br>351238636A2 | 19. Status when last admitted *(Visa type, if any)*<br>B-2 |
|---|---|---|---|
| 20. What is your spouse's current status?<br>Visitor | 21. What is the expiration date of his/her authorized stay, if any? *(mm/dd/yyyy)*<br>05/22/2020 | 22. Is your spouse in Immigration Court proceedings?<br>☐ Yes    ☒ No | 23. If previously in the U.S., date of previous arrival *(mm/dd/yyyy)*<br>N/A |

**24.** If in the U.S., is your spouse to be included in this application?  *(Check the appropriate box.)*

☒ Yes *(Attach one photograph of your spouse in the upper right corner of Page 9 on the extra copy of the application submitted for this person.)*

☐ No

**Your Children.** List **all** of your children, regardless of age, location, or marital status.

☒ I do not have any children. *(Skip to Part. A.III.,* **Information about your background.)**

☐ I have children.   Total number of children:   0

(**NOTE:** *Use Form I-589 Supplement A or attach additional sheets of paper and documentation if you have more than four children.*)

| 1. Alien Registration Number (A-Number) *(if any)*<br>N/A | 2. Passport/ID Card Number *(if any)*<br>N/A | 3. Marital Status *(Married, Single, Divorced, Widowed)*<br>NA | 4. U.S. Social Security Number *(if any)*<br>N/A |
|---|---|---|---|
| 5. Complete Last Name<br>N/A | 6. First Name<br>N/A | 7. Middle Name<br>N/A | 8. Date of Birth *(mm/dd/yyyy)*<br>N/A |
| 9. City and Country of Birth<br>N/A        N/A | 10. Nationality *(Citizenship)*<br>N/A | 11. Race, Ethnic, or Tribal Group<br>N/A | 12. Gender<br>☐ Male    ☐ Female |

**13.** Is this child in the U.S. ?   ☐ Yes *(Complete Blocks 14 to 21.)*   ☒ No *(Specify location):* N/A

| 14. Place of last entry into the U.S.<br>N/A | 15. Date of last entry into the U.S. *(mm/dd/yyyy)*<br>N/A | 16. I-94 Number *(If any)*<br>N/A | 17. Status when last admitted *(Visa type, if any)*<br>N/A |
|---|---|---|---|
| 18. What is your child's current status?<br>N/A | 19. What is the expiration date of his/her authorized stay, if any? *(mm/dd/yyyy)*<br>N/A | | 20. Is your child in Immigration Court proceedings?<br>☐ Yes    ☒ No |

**21.** If in the U.S., is this child to be included in this application? *(Check the appropriate box.)*

☐ Yes *(Attach one photograph of your child in the upper right corner of Page 9 on the extra copy of the application submitted for this person.)*

☒ No

**2**

## Part A.II. Information About Your Spouse and Children  (Continued)

| 1. Alien Registration Number (A-Number) *(if any)* | 2. Passport/ID Card Number *(if any)* | 3. Marital Status *(Married, Single, Divorced, Widowed)* | 4. U.S. Social Security Number *(if any)* |
|---|---|---|---|
| N/A | N/A | N/A | N/A |

| 5. Complete Last Name | 6. First Name | 7. Middle Name | 8. Date of Birth *(mm/dd/yyyy)* |
|---|---|---|---|
| N/A | N/A | N/A | N/A |

| 9. City and Country of Birth | 10. Nationality *(Citizenship)* | 11. Race, Ethnic, or Tribal Group | 12. Gender |
|---|---|---|---|
| N/A          N/A | N/A | N/A | ☐ Male    ☐ Female |

**13.** Is this child in the U.S. ?  ☐ Yes *(Complete Blocks 14 to 21.)*  ☒ No *(Specify location):*   N/A

| 14. Place of last entry into the U.S. | 15. Date of last entry into the U.S. *(mm/dd/yyyy)* | 16. I-94 Number *(If any)* | 17. Status when last admitted *(Visa type, if any)* |
|---|---|---|---|
| N/A | N/A | N/A | N/A |

| 18. What is your child's current status? | 19. What is the expiration date of his/her authorized stay, if any? *(mm/dd/yyyy)* | 20. Is your child in Immigration Court proceedings? |
|---|---|---|
| N/A | N/A | ☐ Yes    ☒ No |

**21.** If in the U.S., is this child to be included in this application?  *(Check the appropriate box.)*

☐ Yes *(Attach one photograph of your spouse in the upper right corner of Page 9 on the extra copy of the application submitted for this person.)*

☒ No

| 1. Alien Registration Number (A-Number) *(if any)* | 2. Passport/ID Card Number *(if any)* | 3. Marital Status *(Married, Single, Divorced, Widowed)* | 4. U.S. Social Security Number *(if any)* |
|---|---|---|---|
| N/A | N/A | N/A | N/A |

| 5. Complete Last Name | 6. First Name | 7. Middle Name | 8. Date of Birth *(mm/dd/yyyy)* |
|---|---|---|---|
| N/A | N/A | N/A | N/A |

| 9. City and Country of Birth | 10. Nationality *(Citizenship)* | 11. Race, Ethnic, or Tribal Group | 12. Gender |
|---|---|---|---|
| N/A          N/A | N/A | N/A | ☐ Male    ☐ Female |

**13.** Is this child in the U.S. ?  ☐ Yes *(Complete Blocks 14 to 21.)*  ☒ No *(Specify location):*   N/A

| 14. Place of last entry into the U.S. | 15. Date of last entry into the U.S. *(mm/dd/yyyy)* | 16. I-94 Number *(If any)* | 17. Status when last admitted *(Visa type, if any)* |
|---|---|---|---|
| N/A | N/A | N/A | N/A |

| 18. What is your child's current status? | 19. What is the expiration date of his/her authorized stay, if any? *(mm/dd/yyyy)* | 20. Is your child in Immigration Court proceedings? |
|---|---|---|
| N/A | N/A | ☐ Yes    ☒ No |

**21.** If in the U.S., is this child to be included in this application?  *(Check the appropriate box.)*

☐ Yes *(Attach one photograph of your spouse in the upper right corner of Page 9 on the extra copy of the application submitted for this person.)*

☒ No

| 1. Alien Registration Number (A-Number) *(if any)* | 2. Passport/ID Card Number *(if any)* | 3. Marital Status *(Married, Single, Divorced, Widowed)* | 4. U.S. Social Security Number *(if any)* |
|---|---|---|---|
| N/A | N/A | N/A | N/A |

| 5. Complete Last Name | 6. First Name | 7. Middle Name | 8. Date of Birth *(mm/dd/yyyy)* |
|---|---|---|---|
| N/A | N/A | N/A | N/A |

| 9. City and Country of Birth | 10. Nationality *(Citizenship)* | 11. Race, Ethnic, or Tribal Group | 12. Gender |
|---|---|---|---|
| N/A          N/A | N/A | N/A | ☐ Male    ☐ Female |

**13.** Is this child in the U.S. ?  ☐ Yes *(Complete Blocks 14 to 21.)*  ☒ No *(Specify location):*   N/A

| 14. Place of last entry into the U.S. | 15. Date of last entry into the U.S. *(mm/dd/yyyy)* | 16. I-94 Number *(If any)* | 17. Status when last admitted *(Visa type, if any)* |
|---|---|---|---|
| N/A | N/A | N/A | N/A |

| 18. What is your child's current status? | 19. What is the expiration date of his/her authorized stay, if any? *(mm/dd/yyyy)* | 20. Is your child in Immigration Court proceedings? |
|---|---|---|
| N/A | N/A | ☐ Yes    ☒ No |

**21.** If in the U.S., is this child to be included in this application?  *(Check the appropriate box.)*

☐ Yes *(Attach one photograph of your spouse in the upper right corner of Page 9 on the extra copy of the application submitted for this person.)*

☒ No

**3**

## Part A.III. Information About Your Background

1. List your last address where you lived before coming to the United States. If this is not the country where you fear persecution, also list the last address in the country where you fear persecution.  *(List Address, City/Town, Department, Province, or State and Country.)*
   *(NOTE: Use Form I-589 Supplement B, or additional sheets of paper, if necessary.)*

| Number and Street *(Provide if available)* | City/Town | Department, Province, or State | Country | Dates From *(Mo/Yr)* | To *(Mo/Yr)* |
|---|---|---|---|---|---|
| 80 Cleopatra Street | El Shoruk | Cairo | Egypt | 09/2019 | 11/2019 |
| N/A | N/A | N/A | N/A | N/A | N/A |

2. Provide the following information about your residences during the past 5 years.  List your present address first.
   *(NOTE: Use Form I-589 Supplement B, or additional sheets of paper, if necessary.)*

| Number and Street | City/Town | Department, Province, or State | Country | Dates From *(Mo/Yr)* | To *(Mo/Yr)* |
|---|---|---|---|---|---|
| 8792 Salmon Ave. | Fountain Valley | CA | US | 11/2019 | Present |
| 80 Cleopatra Street | El Shoruk | Cairo | Egypt | 09/2019 | 11/2019 |
| 5 Ibrahim Ahmed | Dokii | Giza | Egypt | 10/1997 | 09/2019 |
| N/A | N/A | N/A | N/A | N/A | N/A |
| N/A | N/A | N/A | N/A | N/A | N/A |

3. Provide the following information about your education, beginning with the most   recent school that you attended.
   *(NOTE: Use Form I-589 Supplement B, or additional sheets of paper, if necessary.)*

| Name of School | Type of School | Location *(Address)* | Attended From *(Mo/Yr)* | To *(Mo/Yr)* |
|---|---|---|---|---|
| 6th October University | Univeristy | 6th October, Egypt | 10/1997 | 05/2000 |
| Second High School | High School | Taif, Saudi Arabia | 09/1994 | 04/1996 |
| Al Faisaliah | Middle School | Taif, Saudi Arabia | 09/1990 | 04/1993 |
| Al Faisaliah | Elementary | Taif, Saudi Arabia | 09/1983 | 04/1989 |

4. Provide the following information about your employment during the past 5 years.  List your present employment first.
   *(NOTE: Use Form I-589 Supplement B, or additional sheets of paper, if necessary.)*

| Name and Address of Employer | | Your Occupation | Dates From *(Mo/Yr)* | | To *(Mo/Yr)* | |
|---|---|---|---|---|---|---|
| Unemployed | N/A | N/A | 11 | 2019 | Present | |
| Egyptian TV | Cairo, Egypt | Co-director | 12 | 2000 | 11 | 2006 |
| N/A | N/A | N/A | N/A | N/A | N/A | N/A |

5. Provide the following information about your parents and siblings (brothers and sisters). Check the box if the person is deceased.
   *(NOTE: Use Form I-589 Supplement B, or additional sheets of paper, if necessary.)*

| Full Name | City/Town and Country of Birth | Current Location |
|---|---|---|
| *Mother* Nawal MohameBadawi | Mansoura, Egypt | ☐ Deceased  Giza, Egypt |
| *Father* Abdelwahab    Ali Mortagy | Ghaza, West Bank | ☒ Deceased |
| *Sibling* Shahenaz Mortagy | Taif, Saudi Arabia | ☐ Deceased Cairo, Egypt |
| *Sibling* Medhat Mortagy | Taif, Saudi Arabia | ☐ Deceased Sudan |
| *Sibling* Shereen Mortagy | Makkah, Saudi Arabia | ☐ Deceased Jeddah, Saudi Arabia |
| *Sibling* Mohamed Mortagy | Taif, Saudi Arabica | ☐ Deceased Istanbul, Saudi Arabia |

**4**

## Part B. Information About Your Application

*(**NOTE:** Use Form I-589 Supplement B, or attach additional sheets of paper as needed to complete your responses to the questions contained in Part B.)*

When answering the following questions about your asylum or other protection claim (withholding of removal under 241(b)(3) of the INA or withholding of removal under the Convention Against Torture), you must provide a detailed and specific account of the basis of your claim to asylum or other protection. To the best of your ability, provide specific dates, places, and descriptions about each event or action described. You must attach documents evidencing the general conditions in the country from which you are seeking asylum or other protection and the specific facts on which you are relying to support your claim. If this documentation is unavailable or you are not providing this documentation with your application, explain why in your responses to the following questions.

Refer to Instructions, Part 1: Filing Instructions, Section II, "Basis of Eligibility," Parts A - D, Section V, "Completing the Form," Part B, and Section VII, "Additional Evidence That You Should Submit," for more information on completing this section of the form.

1.  Why are you applying for asylum or withholding of removal under section 241(b)(3) of the INA, or for withholding of removal under the Convention Against Torture? Check the appropriate box(es) below and then provide detailed answers to questions A and B below.

    I am seeking asylum or withholding of removal based on:

    ☐ Race                      ☐ Political opinion
    ☐ Religion                  ☒ Membership in a particular social group
    ☐ Nationality               ☒ Torture Convention

**A.** Have you, your family, or close friends or colleagues ever experienced harm or mistreatment or threats in the past by anyone?

    ☐ No          ☒ Yes

If "Yes," explain in detail:
1. What happened;
2. When the harm or mistreatment or threats occurred;
3. Who caused the harm or mistreatment or threats; and
4. Why you believe the harm or mistreatment or threats occurred.

> Please refer to my declaration

**B.** Do you fear harm or mistreatment if you return to your home country?

    ☐ No          ☒ Yes

If "Yes," explain in detail:
1. What harm or mistreatment you fear;
2. Who you believe would harm or mistreat you; and
3. Why you believe you would or could be harmed or mistreated.

> Please refer to my declaration

**5**

## Part B. Information About Your Application  (Continued)

**2.** Have you or your family members ever been accused, charged, arrested, detained, interrogated, convicted and sentenced, or imprisoned in any country other than the United States (including for an immigration law violation)?

☒ No          ☐ Yes

If "Yes," explain the circumstances and reasons for the action.

> N/A

**3.A.** Have you or your family members ever belonged to or been associated with any organizations or groups in your home country, such as, but not limited to, a political party, student group, labor union, religious organization, military or paramilitary group, civil patrol, guerrilla organization, ethnic group, human rights group, or the press or media?

☒ No          ☐ Yes

If "Yes," describe for each person the level of participation, any leadership or other positions held, and the length of time you or your family members were involved in each organization or activity.

> N/A

**3.B.** Do you or your family members continue to participate in any way in these organizations or groups?

☒ No          ☐ Yes

If "Yes," describe for each person your or your family members' current level of participation, any leadership or other positions currently held, and the length of time you or your family members have been involved in each organization or group.

> N/A

**4.** Are you afraid of being subjected to torture in your home country or any other country to which you may be returned?

☐ No          ☒ Yes

If "Yes," explain why you are afraid and describe the nature of torture you fear, by whom, and why it would be inflicted.

> Please refer to my declaration

## Part C. Additional Information About Your Application

(NOTE: *Use Form I-589 Supplement B, or attach additional sheets of paper as needed to complete your responses to the questions contained in Part C.*)

1. Have you, your spouse, your child(ren), your parents or your siblings ever applied to the U.S. Government for refugee status, asylum, or withholding of removal?

☒ No          ☐ Yes

If "Yes," explain the decision and what happened to any status you, your spouse, your child(ren), your parents, or your siblings received as a result of that decision. Indicate whether or not you were included in a parent or spouse's application. If so, include your parent or spouse's A-number in your response. If you have been denied asylum by an immigration judge or the Board of Immigration Appeals, describe any change(s) in conditions in your country or your own personal circumstances since the date of the denial that may affect your eligibility for asylum.

N/A

2.A. After leaving the country from which you are claiming asylum, did you or your spouse or child(ren) who are now in the United States travel through or reside in any other country before entering the United States?

☐ No          ☒ Yes

2.B. Have you, your spouse, your child(ren), or other family members, such as your parents or siblings, ever applied for or received any lawful status in any country other than the one from which you are now claiming asylum?

☐ No          ☒ Yes

If "Yes" to either or both questions (2A and/or 2B), provide for each person the following: the name of each country and the length of stay, the person's status while there, the reasons for leaving, whether or not the person is entitled to return for lawful residence purposes, and whether the person applied for refugee status or for asylum while there, and if not, why he or she did not do so.

I had a transit in Paris for four (4) hours

My brother Medhat has a temporary working visa in Saudi Arabia
My sister, Shereen, is a derivative to her spouse temporary working visa in Saudi Arabia

3. Have you, your spouse or your child(ren) ever ordered, incited, assisted or otherwise participated in causing harm or suffering to any person because of his or her race, religion, nationality, membership in a particular social group or belief in a particular political opinion?

☒ No          ☐ Yes

If "Yes," describe in detail each such incident and your own, your spouse's, or your child(ren)'s involvement.

N/A

7

## Part C. Additional Information About Your Application (Continued)

**4.** After you left the country where you were harmed or fear harm, did you return to that country?

☒ No          ☐ Yes

If "Yes," describe in detail the circumstances of your visit(s) (for example, the date(s) of the trip(s), the purpose(s) of the trip(s), and the length of time you remained in that country for the visit(s).)

N/A

**5.** Are you filing this application more than 1 year after your last arrival in the United States?

☒ No          ☐ Yes

If "Yes," explain why you did not file within the first year after you arrived. You must be prepared to explain at your interview or hearing why you did not file your asylum application within the first year after you arrived. For guidance in answering this question, see Instructions, Part 1: Filing Instructions, Section V. "Completing the Form," Part C.

N/A

**6.** Have you or any member of your family included in the application ever committed any crime and/or been arrested, charged, convicted, or sentenced for any crimes in the United States (including for an immigration law violation)?

☒ No          ☐ Yes

If "Yes," for each instance, specify in your response: what occurred and the circumstances, dates, length of sentence received, location, the duration of the detention or imprisonment, reason(s) for the detention or conviction, any formal charges that were lodged against you or your relatives included in your application, and the reason(s) for release. Attach documents referring to these incidents, if they are available, or an explanation of why documents are not available.

N/A

**8**



I589
Maha Abdelwahab
Ali A. MORTAGY
DOB 8/9/1979

## Part D. Your Signature

I certify, under penalty of perjury under the laws of the United States of America, that this application and evidence submitted with it are all true and correct. Title 18, United States Code, Section 1546(a), provides in part: Whoever knowingly makes under oath, or as permitted under penalty of perjury under Section 1746 of Title 28, United States Code, knowingly subscribes as true, any false statement with respect to a material fact in application, affidavit, or other document required by the immigration laws or regulations prescribed thereunder, or knowingly presents any such application, affidavit, or other document containing any such false statement which fails to contain any reasonable basis in law or fact - shall be fined in accordance with this title or imprisoned for up to 25 years. I authorize the release of any information from my immigration record that Citizenship and Immigration Services (USCIS) needs to determine eligibility for the benefit I am seeking.

**WARNING:** Applicants who are in the United States unlawfully are subject to removal if their asylum or withholding claims are not granted by an asylum officer or an immigration judge. Any information provided in completing this application may be used as a basis for the institution of, or as evidence in, removal proceedings even if the application is later withdrawn. Applicants determined to have made a frivolous application for asylum will be permanently ineligible for any benefits under the Immigration and Nationality Act. You may not avoid a frivolous finding simply because someone advised you to provide false information in your asylum application. If filing with USCIS, unexcused failure to appear for an appointment to provide biometrics (such as fingerprints) and your biographical information within the time allowed may result in an asylum officer dismissing your asylum application or referring it to an immigration judge. Failure without good cause to provide DHS with biometrics or other biographical information while in removal proceedings may result in your application being found abandoned by the immigration judge. See sections 208(d)(5)(A) and 208(d)(6) of the INA and 8 CFR sections 208.10, 1208.10, 208.20, 1003.47(d) and 1208.20.

| Print your complete name. | Write your name in your native alphabet. |
|---|---|
| Maha          Abdelwahab Ali A.   MORTAGY | مها عبد الوهاب عبد الله مرتجى |

Did your spouse, parent, or child(ren) assist you in completing this application?   ☒ No   ☐ Yes (If " Yes," list the name and relationship.)

_____ _____ _____ _____
*(Name)*                        *(Relationship)*                    *(Name)*                        *(Relationship)*

Did someone other than your spouse, parent, or child(ren) prepare this application?   ☐ No   ☒ Yes (If " Yes," complete Part E.)

Asylum applicants may be represented by counsel. Have you been provided with a list of persons who may be available to assist you, at little or no cost, with your asylum claim?   ☒ No   ☐ Yes

Signature of Applicant *(The person in Part. A.I.)*

➡ [ مها عبد الوهاب عبد الله مرتجى ]        4.21.2020
Sign your name so it all appears within the brackets        Date (mm/dd/yyyy)

## Part E. Declaration of Person Preparing Form, if Other Than Applicant, Spouse, Parent, or Child

I declare that I have prepared this application at the request of the person named in Part D, that the responses provided are based on all information of which I have knowledge, or which was provided to me by the applicant, and that the completed application was read to the applicant in his or her native language or a language he or she understands for verification before he or she signed the application in my presence. I am aware that the knowing placement of false information on the Form I-589 may also subject me to civil penalties under 8 U.S.C. 1324c and/or criminal penalties under 18 U.S.C. 1546(a).

| Signature of Preparer | Print Complete Name of Preparer<br>Gihan Thomas<br>Law Offices of Gihan Thomas |
|---|---|

| Daytime Telephone Number<br>3102032242 | Address of Preparer: Street Number and Name<br>611 Wilshire Blvd. | | |
|---|---|---|---|

| Apt. Number<br>907 | City<br>Los Angeles | | State<br>CA | Zip Code<br>90017 |
|---|---|---|---|---|

| To be completed by an attorney or accredited representative (if any). | ☒ Select this box if Form G-28 is attached. | Attorney State Bar Number (if applicable)<br>198612 | Attorney or Accredited Representative USCIS Online Account Number (if any)<br>N o n e |
|---|---|---|---|

## Part F. To Be Completed at Asylum Interview, if Applicable

**NOTE:** *You will be asked to complete this part when you appear for examination before an asylum officer of the Department of Homeland Security, U.S. Citizenship and Immigration Services (USCIS).*

I swear (affirm) that I know the contents of this application that I am signing, including the attached documents and supplements, that they are ☐ all true or ☐ not all true to the best of my knowledge and that correction(s) numbered _____ to _____ were made by me or at my request. Furthermore, I am aware that if I am determined to have knowingly made a frivolous application for asylum I will be permanently ineligible for any benefits under the Immigration and Nationality Act, and that I may not avoid a frivolous finding simply because someone advised me to provide false information in my asylum application.

Signed and sworn to before me by the above named applicant on:

_____          _____
Signature of Applicant                                          Date *(mm/dd/yyyy)*

_____          _____
Write Your Name in Your Native Alphabet                Signature of Asylum Officer

## Part G. To Be Completed at Removal Hearing, if Applicable

**NOTE:** *You will be asked to complete this Part when you appear before an immigration judge of the U.S. Department of Justice, Executive Office for Immigration Review (EOIR), for a hearing.*

I swear (affirm) that I know the contents of this application that I am signing, including the attached documents and supplements, that they are ☐ all true or ☐ not all true to the best of my knowledge and that correction(s) numbered _____ to _____ were made by me or at my request. Furthermore, I am aware that if I am determined to have knowingly made a frivolous application for asylum I will be permanently ineligible for any benefits under the Immigration and Nationality Act, and that I may not avoid a frivolous finding simply because someone advised me to provide false information in my asylum application.

Signed and sworn to before me by the above named applicant on:

_____          _____
Signature of Applicant                                          Date *(mm/dd/yyyy)*

_____          _____
Write Your Name in Your Native Alphabet                Signature of Immigration Judge

**10**

## CERTIFICATE OF TRANSLATION:

I, **Fady Awadalla**, am competent to translate from Arabic into English, and from English into Arabic. I have _reviewed_ the content of this document and I certify that the English terms correspond to the Arabic ones. I certify that this is true and accurate to the best of my abilities.

*Fady Awadalla*
-----------------------
**Fady Awadalla**
Los Angeles, CA

**11**

What happened to me?  Why was I mutilated?  Why did I have to suffer more than every other girl?  Why did my family follow these traditions?  Questions and questions are on my mind that I can never answer.  Nothing justifies the harm that happened to me in the past, and the harm that I still suffer to the present.

Let me start with when I learned about my mutilation.  It was after my marriage.  My husband was unable to penetrate me because my opening was too small on my wedding night.  He tried two times and I screamed from the pain.  He asked me to give him a chance to look at my genitals.  Very embarrassed, I allowed him.  When he saw my private part, he told me that he could not even penetrate me and that my private part looks very different from other women.  He suggested that we see a doctor.  I cried a lot, but given that I remained a virgin, I checked a female doctor online and I went to see her with my husband.

On that day, the OBGY told us that I was mutilated at a very young age and there are stitches around my genitals.  She told us that we could not have an intercourse.  She suggested that I had to go through a surgery to correct the prior FGM, so that my husband can penetrate me like a normal woman.

I was crying and I shared this information with my mother.  As an elder lady, she confessed to me that I was mutilated when I very young.  She told me that because I was bleeding profusely, they had to take me to the hospital.  She told me that  I was going to die because the midwife did not perform the mutilation correctly, and I had to go to hospital where they stitched me.

This explains the inexplicable genital infections and itching that I suffered that forced me to take Fungican.  When my itching persisted, my mother had to take me to a female OBGYN when I was still a virgin.  The doctor had to take a sample and send it to a lab before prescribe me medications.  However, neither her or my mother explained to me that I was a mutilated girl.

My mother's confession to me and my inability to be a wife, traumatized me.  I had to take a second opinion from another OBGYN regarding the recommendation of the first doctor that I had to complete a revision surgery to open me up and correct the prior savagely performed FGM so that my husband can penetrate me, and I can be a normal woman again.

**12**

I consulted with Dr. Ashraf Sabry. When he examined me, he confirmed that I was mutilated savagely and that I am at a grade III. He also concurred with the first physician and recommended that I had to undergo a surgery to correct what was done in the past. I am attaching a copy of his report.

I was crying uncontrollably and my husband was very supportive to me and my predicament. After a month of my marriage, I decided to go through the surgery to help me become a normal female. The midwife definitely ruined me and ruined my genitals that a surgical intervention was required by a specialist. Dr. Sabry told me that he will do his best, but, no guarantees.

I did complete the surgery. I still have tremendous pain during the intercourse even though a surgery was performed to correct the mutilation performed. I feel that I am being butchered to have a regular and a normal intercourse that women love to her. For me, it is a painful process.

Furthermore, I have no appetite to my husband and I do not crave sex. In fact, I always find excuses to stop it from happening.

I also continue to suffer from itching and infection and I am still on several medications and antibiotics to the present. I take Fungican, Cyteal, Diflucan, Gynno-daktarin. It is extremely depressing. I feel like a lost soul, and a lost person that has no confidence in herself. Sometimes, I wished that I was killed during this mutilation, instead of living as a dead wife and a woman.

I had nights that I have cried uncontrollably. I had nights that I had stomach cramps from my depression. I have fear of everyone and even when my husband tries to give me comfort, I cry because of my inability to give him back. I lack everything and I am inferior to every other woman.

[Signed]

Maha Abdelwahab Ali Abdelwahab Mortagy

**13**

لماذا حدث هذا لي؟ لماذا تم تشويهي بهذه الوحشيه ؟

لما كل هذه المعاناة التي أعاني منها أكثر من أي فتاة اخري ؟

لماذا أتبعت عائلتي هذه التقاليد المتوارثة ؟

الكثير والكثير من الأسئلة  التي تدور في ذهني ولا أستطيع الإجابة عليها ، لا شيء أبداً  يبرر الضرر الذي حدث لي في الماضي، والضرر الذي
ما زالت أعاني منه حتى الان

أسمحوا لي أن أبدأ قصتي.......

عندما علمت بتشوهي كان في ليلة زفافي احلي ليله في العمر بالنسبه الي كل فتاه الي لم يستطيع زوجي ادخال عضوه الذكري ...ومحاولته
مرتين وصراخي من الألم عند كل محاوله منه ..... فطلبت مني إعطاءه فرصه للنظر الي اعضائي التناسليه لمعرفه لماذا اتألم . فسمحت له في
خجل وعندما نظر اخبرني ان فتحه المهبل صغيره وضيقه جداً وختلفة تماما عن النساء الاخريات .يكيت كثيرا فطمأنني واخبرني انه يجب ان
نستشير طبيبا بشأن هذا

قمنا بالبحث من خلال الانترنت عن طبيبه نسائية وذهبت لرؤيتها برفقه زوجي واخبرناها ما حدث في ليله الزفاف .فطلبت بان تقوم بإجراء
الكشف عليا وانا اشعر بخجل شديد. وبعد الكشف اخربتنا الطبيبة باني مشوهه وان هناك غرز حول اعضائي التناسليه أدت الي غلق المكان
وان زوجي لن يستطيع جماعي بصوره طبيعي في ظل هذا التشوه المجحف . ولا بد من اجراء عمليه جراحيه لتصحيح هذا التشوه، اخبرتني
هذا وانا في خوف و ذهول تام وبكيت كثيراً..

سألت والدتي وهي سيده مسنه ماذا حدث لي ولماذا اعضائي التناسليه مشوهه لهذه الدرجة ؟

اعترفت لي وسط دموعها انه عندما كنت صغيره جدا قامت  قابله بإجراء عمليه ختان لي و اني نزفت كثيرا مما استدعي نقلي للمستشفى
. وهناك قاموا بعمل خياطه من اجل وقف النزيف جراء قص عضوي بصوره خاطئة

بسبب هذا كنت دائما ما كنت اتعرض للكثير من  الالتهابات والشعور بالحكة الدائمة مما اضطر والدتي الي اخذي الي المستشفي وعمل التحاليل
عن طريق اخذ عينات ووصفوا لي ادويه  دائمه الاستخدام ولم تخبرني أمي وقتها انه بسبب هذا التشوه

اعترافـ امي لي ....وعدم قدرتي علي ان اكون زوجه اصابني بصدمه شديده...واضطرني الي ان اخذ رأي طبيب ثاني بتوصية من الطبيبة
الاولي لاستكمال مراجعه الجراحة لتصحيح تشوه الاعضاء التناسلية وحتي اتمكن من ممارسه العلاقة الزوجية وان اكون امرأه  مره اخري
.قمت بالذهاب الي الدكتور اشرف صبري طبيب جراح و استشاري نسائي  وبعد الكشف اخبرني اني مشوهه بوحشيه من الدرجة الثالثة وقام
بالاتفاق مع الطبيبة واوصي بإجراء عمليه جراحيه لتصحيح ما قد حدث في الماضي ومرفق نسخه من تقريره.

كنت كثيرا البكاء وقد دعمني زوجي ووقف الي جواري كثيرا وبعد شهر من زواجي قررت الخضوع للعمليه الجراحية لكي تعيدني انثي عاديه

لقد دمرتني القابلة التي قامت بإجراء الختان لي ودمرت اعضائي التناسلية

اخبرني الطبيب اشرف انه سيبذل قصاري جهده ولكن لن يعود الشكل كما كان في الماضي لكنه سيحاول ان يجعل الشكل مقبول بقدر الامكان و
اجريت العملية واستغرق شفائي اكثر من اسبوعين

وما زلت اشعر بألم شديد اثناء الجماع حتي اليوم وانها مؤلمه علاوة علي ذلك ليس لدي شهيه لزوجي ولا احب ان امارس الجنس معه
ودائما ما اخلق الاعذار لمنع حدوث ذلك.

وما زلت اعاني من الالتهابات والحكة وما زلت اتناول العديد من المضادات للالتهابات المهبلية والكريمات الموضعية مثل Fungican ,
Cyteal ,Diflucan , Gyno-Daktarin .

حتي وقتنا الحاضر.

انا محبطه للغاية ولا اثق بنفسي وضائعه

واتمني لو مت اثناء هذا التشوه بدلا من العيش كزوجه وامراه مشوه وبكيت ليالي كثيره بشكل لا يمكن السيطرة عليه لدي خوف من الجميع
حتي عندما يحاول زوجي يمنحني الراحة ابكي بسبب عجزي، افتقر الي كل شيء واني أدني من كل امرأه اخري

مها عبدالوهاب علي عبد الوهاب مرتجي

مها عبد الوهاب على عبد الوهاب مرجى

maha abdelwahab ali abdelwahab mortagy

**14**

Exhibit B

**Department of Homeland Security**
U.S. Citizenship and Immigration Services

## Form I-797C, Notice of Action

### THIS NOTICE DOES NOT GRANT ANY IMMIGRATION STATUS OR BENEFIT.

| Receipt Number | Case Type |
|---|---|
| ZLA2044981530 | I589 - APPLICATION FOR ASYLUM AND FOR WITHHOLDING OF REMOVAL |

| Received Date | Priority Date | Applicant  A216 925 444 |
|---|---|---|
| 05/07/2020 | | MORTAGY, MAHA ABDELWAHAB ALI A |

| Notice Date | Page | |
|---|---|---|
| 05/08/2020 | 1 of 1 | |

MAHA MORTAGY
c/o GIHAN THOMAS
LAW OFFICES OF GIHAN THOMAS
611 WILSHIRE BLVD
STE 907
LOS ANGELES CA  90017

**Notice Type:** Receipt Notice

We have mailed an official notice about this case (and any relevant documentation) according to the mailing preferences you chose on Form G-28, Notice of Entry of Appearance as Attorney or Accredited Representative. **This is a courtesy copy, not the official notice.**

**What the Official Notice Said**

#### *** ACKNOWLEDGEMENT OF RECEIPT ***

Your complete Form I-589 Application for Asylum and Withholding of Removal was received and is pending as of 05/07/2020. You may remain in the U.S. until your asylum application is decided. If you wish to leave while your application is pending, you must obtain advance parole from USCIS. If you change your address, send written notification of the change within 10 days to the Asylum Office at the below address or using the USCIS Online Change of Address system at https://egov.uscis.gov/coa/displayCOAForm.do. You will receive a notice informing you when you and those listed on your application as a spouse or child dependents must appear at an Application Support Center for biometrics collection. You will also receive a notice informing you when you and those listed on your application as a spouse or dependents must appear for an asylum interview. Those notices will contain instructions for what to bring to your ASC appointment and what to bring to your asylum interview.

WARNING: Failure to appear at the ASC for biometrics collection or for your asylum interview may affect your eligibility for employment authorization, and may also result in the dismissal of your asylum application or referral of your asylum application to an immigration judge.

| Alien Number | Name |
|---|---|
| A216 925 444 | MORTAGY, MAHA |

Please see the additional information on the back. You will be notified separately about any other cases you filed.

Los Angeles Asylum Office
U. S. CITIZENSHIP & IMMIGRATION SVC
P.O. Box 2003
Tustin CA 92781-2003



**USCIS Contact Center: www.uscis.gov/contactcenter**

**15**

If this is an interview or biometrics appointment notice, please see the back of this notice for important information.                    Form I-797C  04/01/19

Exhibit C



Department of Homeland Security
U.S. Citizenship and Immigration Services

**Form I-797C, Notice of Action**

## THIS NOTICE DOES NOT GRANT ANY IMMIGRATION STATUS OR BENEFIT.

| ASC Appointment Notice | APPLICATION/PETITION/REQUEST NUMBER ZLA2044981530 | | | NOTICE DATE 10/24/2020 |
|---|---|---|---|---|
| CASE TYPE I589 - APPLICATION FOR ASYLUM AND FOR WITHHOLDING OF REMOVAL | ACCOUNT NUMBER | USCIS A# A216 925 444 | CODE 3 | |



MAHA ABDELWAHAB ALI A MORTAGY
c/o GIHAN THOMAS
LAW OFFICES OF GIHAN THOMAS
611 WILSHIRE BLVD STE 907
LOS ANGELES CA 90017

To process your application, petition, or request, the U. S. Citizenship & Immigration Services (USCIS) must capture your biometrics.
**PLEASE APPEAR AT THE BELOW APPLICATION SUPPORT CENTER (ASC) AT THE DATE AND TIME SPECIFIED.**

| APPLICATION SUPPORT CENTER | PLEASE READ THIS ENTIRE NOTICE CAREFULLY. |
|---|---|
| USCIS TUSTIN | DATE AND TIME OF APPOINTMENT |
| 14541 Red Hill Avenue | 11/20/2020 |
| Tustin CA 92780 | 08:00AM |

**WHEN YOU GO TO THE APPLICATION SUPPORT CENTER TO HAVE YOUR BIOMETRICS TAKEN, YOU MUST BRING:**
  1. **THIS APPOINTMENT NOTICE,** and
  2. **PHOTO IDENTIFICATION** (e.g. passport, valid driver's license, national ID, military ID, State-issued photo ID, or USCIS-issued photo ID). If you do not have photo identification, please expect a delay.

Customers may not use cameras and recording capable devices (including cell phones) at an ASC. Cell phones should be silenced while in the waiting area and any conversations should be kept to a low level so as not to disrupt others. Customers must completely turn off all phones during biometrics processing.

**NOTE:** USCIS may use your fingerprints to check the criminal history records of the FBI. You may obtain a copy of your own FBI identification record using the procedures outlined within Title 28 C.F.R Section 16.32. The procedures to change, correct, or update your FBI identification record are outlined within Title 28 C.F.R. Section 16.34. Your fingerprints and photograph may also be used in an Employment Authorization Document (EAD) if you apply for, and are eligible to receive, an EAD.

**NOTE:** If USCIS ASC is **closed** due to inclement weather or for other unforeseeable circumstances, USCIS will **automatically reschedule** your appointment for the next available appointment date and mail you a notice with the new date and time.

**WARNING:** Failure to appear at this biometrics appointment, without good cause, may affect your eligibility for employment authorization. It may also result in dismissal of your asylum application or referral of your asylum application to an immigration judge if you are not currently in removal proceedings. If you are an applicant or eligible dependent in removal proceedings, failure to provide DHS with biometrics as required, except for good cause, may result in a delay in deciding your application or in your application being deemed abandoned and dismissed by the immigration judge.

**CHANGE OF ADDRESS:** You **must** notify USCIS of any change of address within 10 days. Please see the USCIS website at www.uscis.gov/addresschange for instructions to change your address online or to mail a completed Form AR-11, *Alien's Change of Address Card,* to USCIS. This form is also available at any U.S. Post Office or any USCIS office. If you are in removal proceedings, you **must** also notify the Immigration Court within five working days of any change of address or telephone number by filing a completed Form EOIR-33, *Alien's Change of Address Form/Immigration Court,* in accordance with accompanying instructions, available at www.justice.gov/eoir/form-eoir-33-eoir-immigration-court-listing.

**WARNING:** You must update your mailing address with USCIS, and, if applicable, EOIR. Failure to do so may result in dismissal of your asylum application, referral of your asylum application to an Immigration Judge, or if you are already in removal proceedings, an entry of a removal order in your absence if you fail to appear at a hearing before an immigration judge.

| REQUEST FOR RESCHEDULING |
|---|
| ❑ **Please reschedule my appointment.** Make a copy of this notice for your records, then mail the original with your request to the Biometrics Processing Unit (BPU), Alexandria ASC, Suite 100, 8850 Richmond Hwy, Alexandria, VA 22309-1586. Once USCIS receives your request, you will be sent a new ASC appointment notice. |

APPLICATION NUMBER
I589 - ZLA2044981530



If you have any questions regarding this notice, please call 1-800-375-5283.
If you have any questions about your application, please contact the Asylum Office or Immigration Court with jurisdiction over your case.
**WARNING:** *Due to limited seating availability in our lobby area, only persons who are necessary to assist with transportation or completing the biometrics worksheet should accompany you. If you have open wounds or bandages/casts when you appear, the USCIS may reschedule your appointment if it is determined your injuries will interfere with taking your biometrics.*

**16**

If this is an interview or biometrics appointment notice, please see the back of this notice for important information.    Form I-797C  04/01/19



**Department of Homeland Security**
U.S. Citizenship and Immigration Services

**Form I-797C, Notice of Action**

| THIS NOTICE DOES NOT GRANT ANY IMMIGRATION STATUS OR BENEFIT. |
| --- |

| **ASC Appointment Notice** | APPLICATION/PETITION/REQUEST NUMBER ZLA2044981540 | | | NOTICE DATE 10/24/2020 |
| --- | --- | --- | --- | --- |
| CASE TYPE I589 - APPLICATION FOR ASYLUM AND FOR WITHHOLDING OF REMOVAL | | ACCOUNT NUMBER | USCIS A# A216 925 445 | CODE 3 |



MAGED KAMAL MOHAMED BARBARY
c/o GIHAN THOMAS
LAW OFFICES OF GIHAN THOMAS
611 WILSHIRE BLVD STE 907
LOS ANGELES CA 90017

To process your application, petition, or request, the U. S. Citizenship & Immigration Services (USCIS) must capture your biometrics.
**PLEASE APPEAR AT THE BELOW APPLICATION SUPPORT CENTER (ASC) AT THE DATE AND TIME SPECIFIED.**

| **APPLICATION SUPPORT CENTER** USCIS TUSTIN 14541 Red Hill Avenue Tustin CA 92780 | **PLEASE READ THIS ENTIRE NOTICE CAREFULLY. DATE AND TIME OF APPOINTMENT** 11/20/2020 08:00AM |
| --- | --- |

**WHEN YOU GO TO THE APPLICATION SUPPORT CENTER TO HAVE YOUR BIOMETRICS TAKEN, YOU MUST BRING:**
1. **THIS APPOINTMENT NOTICE,** and
2. **PHOTO IDENTIFICATION** (e.g. passport, valid driver's license, national ID, military ID, State-issued photo ID, or USCIS-issued photo ID). If you do not have photo identification, please expect a delay.

Customers may not use cameras and recording capable devices (including cell phones) at an ASC. Cell phones should be silenced while in the waiting area and any conversations should be kept to a low level so as not to disrupt others. Customers must completely turn off all phones during biometrics processing.

**NOTE:** USCIS may use your fingerprints to check the criminal history records of the FBI. You may obtain a copy of your own FBI identification record using the procedures outlined within Title 28 C.F.R. Section 16.32. The procedures to change, correct, or update your FBI identification record are outlined within Title 28 C.F.R. Section 16.34. Your fingerprints and photograph may also be used in an Employment Authorization Document (EAD) if you apply for, and are eligible to receive, an EAD.

**NOTE:** If USCIS ASC is **closed** due to inclement weather or for other unforeseeable circumstances, USCIS will **automatically reschedule** your appointment for the next available appointment date and mail you a notice with the new date and time.

**WARNING:** Failure to appear at this biometrics appointment, without good cause, may affect your eligibility for employment authorization. It may also result in dismissal of your asylum application or referral of your asylum application to an immigration judge if you are not currently in removal proceedings. If you are an applicant or eligible dependent in removal proceedings, failure to provide DHS with biometrics as required, except for good cause, may result in a delay in deciding your application or in your application being deemed abandoned and dismissed by the immigration judge.

**CHANGE OF ADDRESS:** You <u>must</u> notify USCIS of any change of address within 10 days. Please see the USCIS website at www.uscis.gov/addresschange for instructions to change your address online or to mail a completed Form AR-11, *Alien's Change of Address Card,* to USCIS. This form is also available at any U.S. Post Office or any USCIS office. If you are in removal proceedings, you <u>must</u> also notify the Immigration Court within five working days of any change of address or telephone number by filing a completed Form EOIR-33, *Alien's Change of Address Form/Immigration Court,* in accordance with accompanying instructions, available at www.justice.gov/eoir/form-eoir-33-eoir-immigration-court-listing.

**WARNING:** You must update your mailing address with USCIS, and if applicable, EOIR. Failure to do so may result in dismissal of your asylum application, referral of your asylum application to an Immigration Judge, or if you are already in removal proceedings, an entry of a removal order in your absence if you fail to appear at a hearing before an immigration judge.

| REQUEST FOR RESCHEDULING |
| --- |

❑ **Please reschedule my appointment.** Make a copy of this notice for your records, then mail the original with your request to the Biometrics Processing Unit (BPU), Alexandria ASC, Suite 100, 8850 Richmond Hwy, Alexandria, VA 22309-1586. Once USCIS receives your request, you will be sent a new ASC appointment notice.



**APPLICATION NUMBER**
I589 - ZLA2044981540

**17**

If you have any questions regarding this notice, please call 1-800-375-5283.
If you have any questions about your application, please contact the Asylum Office or Immigration Court with jurisdiction over your case.

**WARNING:** *Due to limited seating availability in our lobby area, only persons who are necessary to assist with transportation or completing the biometrics worksheet should accompany you. If you have open wounds or bandages/casts when you appear, the USCIS may reschedule your appointment if it is determined your injuries will interfere with taking your biometrics.*

If this is an interview or biometrics appointment notice, please see the back of this notice for important information.        Form I-797C 04/01/19

Exhibit D



U.S. Department of Homeland Security
P.O. Box 2003
Tustin CA 92781-2003

**U.S. Citizenship
and Immigration
Services**

06/04/2021

MORTAGY, MAHA
8792 SALMON AVE
FOUNTAIN VALLEY, CA 92708

Re:  A- 216925444; A- 216925445

Dear MORTAGY, MAHA:

This letter serves as your notification that the Los Angeles Asylum Office received your request to add your name to the Standby List for an Affirmative Asylum Interview. Your request has been approved and your name has been added to the Standby List.

As a reminder, you must comply with all requirements outlined on the "REQUEST TO BE ADDED TO THE LOS ANGELES ASYLUM STANDBY LIST" form to remain eligible for the Standby List.

Failure to comply with these requirements, will result in your removal from the Standby List. Removal from the Standby List does not impact your eligibility for asylum, and you would be scheduled for an interview based on USCIS standard prioritization of scheduling cases.

Sincerely,

David M. Radel
Director, Los Angeles Asylum Office

CC    GIHAN THOMAS, ESQ
      930 COLORADO BLVD UNIT 2
      LOS ANGELES, CA 90041

**18**